Dennis Chirinos-Raudales, Petitioner/Cross-Respondent v. The People of the State of Colorado, Respondent/Cross-Petitioner No. 21SC325
Supreme Court of Colorado, En Banc
December 20, 2021
 Court of Appeals Case No. 17CA1132 
 GRANTED PETITIONS FOR WRIT OF CERTIORARI 
 Petition and Cross-Petition for Writ of Certiorari GRANTED. 
 Whether P.'s forensic interview was inadmissible in evidence because she was 15 at the time of the interview and child hearsay statements are admissible under section 13-25-129(2), C.R.S. (2021) only if, as relevant here, the declarant was less than 15 at the time of the statements. 
 Whether a division of the court of appeals erred in concluding that the sentences for two sex offenses arising out of the same incident were required to run concurrently because they were based on identical evidence. 
 1